MARCH 27, 1940

**No. 43440.**—SUIT 4281.— ▮▮▮▮ —*United States* v. *Associated Manufacturers Importing Co.* Abstract 41421. Appeal dismissed Feb. 1, 1940; not yet reported.

BEFORE THE SECOND DIVISION, APRIL 4, 1940

**No. 43441.**—Protests 36430–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: embroidered articles in part of braid similar to those in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and Normandy lace like that the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) at 75 percent under paragraph 1430, and artificial flowers similar to those passed upon in *Robinson-Goodman* v. *United States* (17 id. 149, T. D. 43473) at 60 percent under paragraph 1419.

**No. 43442.**—Protests 125967–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) embroidered articles in part of lace and Normandy lace similar to that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43443.**—Protests 288934–G, etc., of R. Jabbour & Co. (New York).

Opinion by TILSON, J. Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and linen articles embroidered and trimmed with lace the same as the merchandise passed upon in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 43444.**—Protests 954280–G, etc., of American Merchandise Co., Inc. (New York).

Opinion by TILSON, J. On the records presented the protests were dismissed. Abstract 15400 followed.

BEFORE THE THIRD DIVISION, APRIL 4, 1940

**No. 43445.**—Protest 850728–G of Guy B. Barham Co. (Los Angeles).

Opinion by CLINE, J. From the papers it was found that the protest was not filed within 60 days after liquidation. It was therefore dismissed.